IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00391-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,
a/k/a Javier Garcia-Magana,

      Defendant.

_____

**ORDER**
_____

      The Unopposed Motion to Continue Motions Hearing Set for April 27, 2006 **(Dkt. # 36)** is GRANTED.  It is therefore

      ORDERED that the motions hearing set for April 27, 2006 is VACATED.  It is

      FURTHER ORDERED that counsel shall contact Chambers, *via* conference call, on Tuesday, May 2, 2006, between the hours of 8:00 a.m. and 12:00 p.m. to reset the motions hearing.

      DATED April 24, 2006.

                            BY THE COURT:

                            *s: Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge