IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00391-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,
a/k/a Javier Garcia-Magana,

    Defendant.

---

### ORDER TO RESET MOTIONS HEARING
---

Pursuant to a telephone conference between counsel and chambers, the motions hearing previously set for June 2, 2006 is RESET to **June 30, 2006 at 2:00 p.m.** The Court has set aside 90 minutes for this hearing.

    DATED: June 2, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge