IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00391-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,
a/k/a Javier Garcia-Magana,

    Defendant.

---

### ORDER TO VACATE MOTIONS HEARING
### AND SET CHANGE OF PLEA HEARING

---

This matter is before the Court on defendant's Notice of Disposition and Motion to Vacate Suppression Hearing (Dkt. # 44). It is hereby

ORDERED that the motion is GRANTED and the suppression hearing currently set for June 30, 2006 is VACATED. In light of defendant's notice of disposition,

IT IS FURTHER ORDERED that a Change of Plea hearing is set for **July 21, 2006 at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than 5:00 p.m. on July 19, 2006.** If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. **The original and one copy of these documents should be delivered to Judge**

**Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see

**D.C.COLO.LCrR 11.1F).**

DATED: June 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge