IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00391-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,
a/k/a Javier Garcia-Magana,

    Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

---

This matter is before the Court on defendant's Unopposed Motion to Continue Change of Plea Hearing (Dkt. # 47).  It is hereby

ORDERED that the motion is GRANTED and the change of plea hearing currently set for July 21, 2006 is RESET to **Thursday, July 27, 2006 at 8:15 a.m.**

DATED: July 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge