UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 05-cr-00391-PSF

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    SALVADOR CHAVEZ-MAGANA
        a/k/a Javier Garcia-Mangana,

        Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Salvador Chavez-Magana, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the judgment order issued in this action on Friday, October 20, 2006, and not yet entered on the record.

| | |
|---|---|
| Dated:  October 23, 2006 | MARTHA H. ESKESEN, P.C. |
| | s/ Martha H. Eskesen |
| | Martha H. Eskesen |
| | 1720 South Bellaire Street, Suite 804 |
| | Denver, Colorado 80222 |
| | Telephone:    (303) 874-5160 |
| | Facsimile:    (303) 573-4921 |
| | Email:        meskesen@eskesenlaw.com |

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on October 23, 2006, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James Boma, AUSA
Email:  james.boma@usdoj.gov

                                 MARTHA H. ESKESEN, P.C.

                                 s/ Martha H. Eskesen
                                 Martha H. Eskesen
                                 1720 South Bellaire Street, Suite 804
                                 Denver, Colorado 80222
                                 Telephone:   (303) 874-5160
                                 Facsimile:    (303) 573-4921
                                 Email:        meskesen@eskesenlaw.com