IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00391-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,

    Defendant.

## ORDER FINDING DEFENDANT UNABLE TO OBTAIN COUNSEL
## PURSUANT TO 18 U.S.C. § 3006A

This matter comes before the Court on Defendant's Motion to Withdraw (Dkt. # 60) with supporting Financial Affidavit, CJA Form 23 (Dkt. # 69). After careful review and consideration of the above-referenced motion, which contains a request for appointment of counsel on appeal, that is being treated as a motion to find defendant eligible for Court-appointed counsel, and the supporting financial affidavit, the Court finds Defendant Salvadoe Chavez-Magana is financially unable to obtain counsel.

DATED at Denver, Colorado this 14th day of November, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge