UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00391-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,

    Defendant.

---

## ORDER TO RESPOND

---

THIS MATTER comes before the Court on the Defendant's motion **(#84)** filed pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED** that the Government shall respond to the motion by January 25, 2008.

Dated this 10th day of January, 2008

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge