IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00391-MSK
Civil Action No. 07-cv-01948

UNITED STATES OF AMERICA,

    Plaintiff,
v.

SALVADOR CHAVEZ-MAGANA,

    Defendant.
_____

**ORDER GRANTING APPLICATION FOR A
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

THIS MATTER comes before the Court on the Defendant's Application for a Writ of Habeas Corpus ad Testificandum **(#92)**. The Court grants the Application.

**IT IS ORDERED** that the Clerk issue the **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** attached to this Order.

Dated this 7th day of May, 2008.

                                                      **BY THE COURT:**

                                                      Marcia S. Krieger
                                                      United States District Judge