IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00391-MSK
Civil Action No. 07-cv-01948

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR CHAVEZ-MAGANA,

    Defendant.

---

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, AND TO ANY OFFICER IN WHOSE CUSTODY SALVADOR CHAVEZ-MAGANA, MAY BE HELD, GREETINGS:

We command that you have the body of **Salvador Chavez-Magana (33824-013)** now confined in the Federal Correctional Institution at Fort Worth, Texas in the Denver Metropolitan Area no later than **June 24, 2008** for meetings with appointed counsel and before the United States District Court, sitting at Denver, Colorado in Courtroom A901 on **June 27, 2008 by 9:30 a.m.** of said day, and there to testify the truth, according to his knowledge, in an evidentiary hearing before this Court in the above captioned matter and when the hearing is concluded, that you return him to the Federal Correctional Institution at Fort Worth, Texas under safe and secure conduct, and have you then and there this writ.

Read writ
WHCAT
AD-TEST

You are further commanded to serve a copy of the writ on said Warden of the institution above named, or the authorized officer of any other institution where Salvador Chavez-Magana is confined.

Dated at Denver, Colorado this 7th day of May, 2008.

GREGORY LANGHAM, CLERK
UNITED SATATES DISTRICT COURT

BY *M.J. [signature]*
Deputy Clerk

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _Airlift_ TO _USMS D/CO (FDC ENG)_
ON _5-22-08_

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _[signature]_
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _USMS Airlift_ TO _BOP Custody_
ON _6/27/08_

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _[signature]_
DEPUTY U.S. MARSHAL