UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

November 23, 2009

Terry Boyd
United States Probation Department
1961 Stout Street, Suite 1525
Denver, Colorado 80294

CASE CAPTION: U.S.A. v. Salvador Chavez-Magana

CASE NO.: (D.C.): 05-cr-00391-MSK

Dear Terry:

Enclosed please find the original Presentence Report in the above-entitled case. The Report was just returned from the Tenth Circuit Court of Appeals after the Mandate was received.

Please sign and date the copy of this letter to show your receipt of the report. Thank you for all of your help.

Very truly yours,
GREGORY C. LANGHAM, CLERK

B. Reed
By: s/ B. Reed, Deputy Clerk

Received By: *TBoyd*
Date: 11/24/09